151 A.3d 95

MARC J. MIGNANO AND JENNIFER L. MCGUCKIN-MIGNANO, AS PARENTS AND GUARDIANS AD LITEM OF ISAAC J. MIGNANO, A MINOR, ON HIS BEHALF AND FOR ALL OTHERS SIMILARLY SITUATED, PLAINTIFFS, v. JIM SULLIVAN, INC., ET AL., DEFENDANTS, AND ACCUTHERM, INC., ET AL., DEFENDANTS, AND THE TOWNSHIP OF FRANKLIN, NEW JERSEY, DEFENDANT/THIRD-PARTY PLAINTIFF, v. NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, ET AL., THIRD-PARTY DEFENDANTS.AND OTHER RELATED CASES.(JAMIE KAHANA–PETITIONER)

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-2995/3587/3732-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.